FILED

11/02/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

FILED

NOV 02 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF THE PETITION OF
MICHAEL T. FREEMAN.

O R D E R

Michael T. Freeman has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of Freeman's application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission.

Freeman passed the MPRE in 2009 when seeking admission to the practice of law in Virginia, where he was admitted. He was also admitted to the District of Columbia bar in 2020. During his 12 years of practice, Freeman "navigated the often complex and highly scrutinized ethical maze of federal government practice without incident." Good cause appearing,

IT IS HEREBY ORDERED that the petition of Michael T. Freeman to waive the three-year test requirement for the MPRE for purposes of Freeman's current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 2nd day of November, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices